UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 24.194.182.14,<br><br>                  Defendant. | Civil Action No. 1:22-cv-00180-NAM-ATB |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice.</u> John Doe was assigned the IP address 24.194.182.14. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: July 22, 2022                                    Respectfully submitted,

Date: July 26, 2022                                     By:     /s/ *Jacqueline M. James*
                                                                        Jacqueline M. James, Esq. (#1845)
**IT IS SO ORDERED.**                                                    The James Law Firm, PLLC
                                                                        445 Hamilton Avenue, Suite 1102
                                                                        White Plains, New York 10601
                                                                        T: 914-358-6423
Norman A. Mordue                                                        F: 914-358-6424
Senior U.S. District Judge                                              E-mail: jjames@jacquelinejameslaw.com
                                                                        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ <i>Jacqueline M. James</i>___<br>
Jacqueline M. James, Esq.